# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Vasilios Nassis | ) |
| | ) |
| | ) **Bankruptcy No.** 10 B 26282 |
| | ) |
| **Debtor(s)** | ) |
| | ) |

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO: See Attached Service List

Please take notice that the Court will call the above-captioned case for status on **November 17, 2011 at 10:30 a.m.** In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Andrew J. Maxwell ESQ is ordered to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date: October 14, 2011

In re: Vasilios Nassis
Bankruptcy No. 10 B 26282

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on OCT 14 2011, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

*Deborah Smith*
Courtroom Deputy

### Electronic Service through CM/ECF System

**John E Gierum**
Gierum & Mantas
9700 W Higgins Rd, Ste 1015
Rosemont, IL 60018

**Trustee**
**Andrew J Maxwell, ESQ**
Maxwell & Potts, LLC
105 West Adams Street
Suite 3200
Chicago, IL 60603

**U.S. Trustee**
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Class Mail

**Vasilios Nassis**
11150 Alexis Lane
Orland Park, IL 60467